**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

February 5, 2008

Joseph Goff, Jr.
Lackawanna County Prison
1371 North Washington Avenue
Scranton, PA 18509

***Re:   USA v. Joseph Goff***
***MDPA; Criminal No. 00-133***

Dear Joseph:

I have your letter dated December 29, 2007 but received in our office on January 31, 2008.

Because of the seriousness of your condition, as well as your concern, I dispatched the supervising deputy U.S. Marshal to inquire into your medical condition and medical services being provided. He has filed a report and we are satisfied from that report that you are receiving all the necessary medication and you will not be deprived any medication because of any prohibitive costs.

Sincerely,

***s/Edwin M. Kosik***
United States District Judge

EMK:mb